Ja Vonne M. Phillips, Esq. SBN 187474
Joseph Chun, Esq. SBN 240208
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
BAC Home Loans Servicing, LP FKA Countryside Home Loans Servicing LP, it assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 11-40430 E |
| **Sean Ian Prather** | § | |
| **Cynthia Christene Prather** | § | Chapter: 13 |
| | § | |
| Debtors | § | |

**NOTICE OF APPEARANCE
PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents BAC Home Loans Servicing, LP FKA Countryside Home Loans Servicing LP, its assignees and/or successors, in the above referenced bankruptcy case:

    **McCarthy & Holthus, LLP**
    1770 Fourth Avenue
    San Diego, CA 92101
    (619) 685-4800

Dated: 2/4/2011                    McCarthy & Holthus, LLP

                                        By: /s/ Joseph Chun, Esq.
                                              Joseph Chun, Esq.,
                                               Attorney for Secured Creditor

| | |
|---|---|
| 1 | Ja Vonne M. Phillips, Esq. SBN 187474 |
| 2 | Joseph Chun, Esq. SBN 240208 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (619) 685-4800 |
| 5 | Fax (619) 685-4810 |
| 6 | Attorney for: Secured Creditor, |
| 7 | BAC Home Loans Servicing, LP FKA Countryside Home Loans Servicing LP, it assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-40430 E |
| | ) | |
| Sean Ian Prather | ) | RS No.: <u>JSC</u> |
| Cynthia Christene Prather, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | **CERTIFICATE OF SERVICE OF NOTICE** |
| | ) | **OF APPEARANCE** |
| | ) | |
| | ) | |
| | ) | |
| | ) | Date: |
| | ) | Time: |
| | ) | Ctrm: |
| | ) | Place: |
| | ) | |
| | ) | |
| | ) | Judge: Roger L. Efremsky |
| | ) | |
| | ) | |

# CERTIFICATE OF SERVICE

On 2/4/2011, I served the foregoing documents described as NOTICE OF APPEARANCE on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
Corrine Bielejeski
corrine.bielejeski@gmail.com

TRUSTEE
Martha G. Bronitsky
13trustee@oak13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

     /s/ David Rubio
     David Rubio

On 2/4/2011, I served the foregoing documents described as **NOTICE OF APPEARANCE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Sean Ian Prather
4607 Chelsea Drive
Oakley, CA 94561

Cynthia Christene Prather
4607 Chelsea Drive
Oakley, CA 94561
COUNSEL FOR DEBTOR
Corrine Bielejeski
1 Kaiser Plaza #480
Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

UNITED STATES TRUSTEE
1301 Clay St #690N
Oakland, CA 94612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ David Fry
David Fry