| | |
|---|---|
| Ja Vonne M. Phillips, Esq. SBN 187474<br>Joseph Chun, Esq. SBN 240208<br>**McCarthy & Holthus, LLP**<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Phone (619) 685-4800<br>Fax (619) 685-4810<br><br>Attorney for: Secured Creditor,<br>BAC Home Loans Servicing, LP FKA Countryside Home Loans Servicing LP, its assignees and/or successors | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Sean Ian Prather<br>Cynthia Christene Prather,<br><br>      Debtors. | ) Case No. 11-40430 E<br>)<br>)<br>) RS No. JSC-7235<br>)<br>)<br>) Chapter 13<br>)<br>)<br>) **OBJECTION TO CONFIRMATION**<br>) **OF CHAPTER 13 PLAN**<br>)<br>)<br>) **341(a) Meeting of Creditors:**<br>) Date: 3/17/2011<br>) Time: 2:00 PM<br>) Place: 1301 Clay Street<br>)       Oakland CA<br>)<br>)<br>)<br>) Judge: Roger L. Efremsky<br>)<br>) |

1	BAC Home Loans Servicing, LP FKA Countryside Home Loans Servicing LP, its
2	assignees and/or successors, ("Secured Creditor") in the above-entitled Bankruptcy proceeding,
3	hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by
4	("Debtors") Sean Ian Prather and Cynthia Christene Prather.

5	1.	This objecting Secured Creditor services and is entitled to receive payments
6	pursuant to a Promissory Note which matures on 1/1/2035 and is secured by a Deed of Trust on
7	the subject property commonly known as 4607 Chelsea Drive, Oakley, CA 94561. As of
8	1/14/2011, the amount in default was $20,024.28, as described in the Proof of Claim filed by this
9	Secured Creditor on or about 2/18/2011, incurred with respect to the default. **See Exhibit "1".**

10	2.	The proposed Plan does not set forth a reasonable schedule and time period for
11	the payment of the arrearages owed to Secured Creditor. The payoff period and monthly
12	repayment amount proposed by the Debtors exceed a reasonable arrangement in light of Debtors'
13	past non-payment history. Debtors allege in the Plan that the arrears owed to Secured Creditor
14	are in the amount of $0.00, while in fact the actual arrears owed are in the amount of $20,024.28,
15	as set forth in the Proof of Claim. To cure the pre-petition arrearages of $20,024.28 over the
16	term of the Plan within 60 months, Secured Creditor must receive a minimum payment of
17	$333.74 per month from the Debtors through the Plan. Debtors' Plan provides for payments to
18	the Trustee in the amount of $550.00 per month for 60 months. Debtors do not have sufficient
19	funds available to cure the arrears over the term of the Plan within 60 months. Clearly, the Plan
20	is not feasible. A true and correct copy of Debtors' Schedules I and J is attached hereto as
21	**Exhibit "2"**.

22	3.	Also, Secured Creditor objects to the current monthly payment being scheduled
23	by the Debtors under the proposed Plan. The Debtors provide for a current monthly payment of
24	$2,458.00, while in fact the Debtors' current contractual monthly payment is $2,459.91.

25	4.	Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtors shall
26	commence making the payments proposed by the Plan within 30 days after the Petition is filed.
27	The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As
28	such, the Plan cannot be confirmed.

29

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtors must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtors be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

McCarthy & Holthus, LLP

By: /s/ Joseph Chun, Esq.
Joseph Chun, Esq.
Attorney for Secured Creditor
BAC Home Loans Servicing, LP FKA
Countryside Home Loans Servicing LP