```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-40430 RLE** |
| **SEAN IAN PRATHER and CYNTHIA CHRISTENE PRATHER,** | **Chapter 13** |
| Debtors. _____/ | **EX-PARTE MOTION TO APPROVE LOAN MODIFICATION; TRUSTEE'S NON-OPPOSITION** |

Sean Ian Prather & Cynthia Christene Prather, debtors herein, hereby move the Court for an order approving the loan modification of the 1st Deed of Trust on the real property located at 4607 Chelsea Drive, Oakley, CA 94561. A copy of the loan modification is attached hereto as Exhibit A.

```
Dated: April 11, 2011              /s/ Patrick L. Forte
                                   PATRICK L. FORTE
                                   Attorney for Debtors
```

**TRUSTEE'S STATEMENT OF NON-OPPOSITION**

The undersigned has no opposition to the above motion.

```
Dated: April 13, 2011              /s/ Martha G. Bronitsky
                                   MARTHA G. BRONITSKY
                                   Chapter 13 Trustee
```

Page 1 of 1