Thomas R. Mulally, SBN 116880
SPENCER & MULALLY
14156 Magnolia Blvd., Suite 200
Sherman Oaks, CA 91423
(818) 784-8700
(818) 784-5406 Fax
tom@ssmlaw.com

Attorneys for Movant
WEST MAUI RESORT PARTNERS, L.P.

The following constitutes
the order of the court. Signed May 7, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>SEAN IAN PRATHER and<br>CYNTHIA CHRISTENE PRATHER,<br><br>Debtors. | CASE NO. 11-40430<br><br>CHAPTER 13<br><br>RS No: TRM-173 |
| WEST MAUI RESORT PARTNERS, L.P.,<br><br>Movant,<br><br>vs.<br><br>SEAN IAN PRATHER and<br>CYNTHIA CHRISTENE PRATHER, Debtors;<br>and MARTHA G. BRONITSKY, Chapter 13<br>Trustee,<br><br>Respondents. | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing Date and Time:<br><br>Date: April 30, 2014<br>Time: 1:30 PM<br>Place: 1300 Clay Street<br>       Oakland, CA 94612<br>       Courtroom 201 |

WEST MAUI RESORT PARTNERS, L.P.'s Motion for Relief from the Automatic Stay came on regularly for hearing on April 30, 2014 at 1:30 p.m. before the Honorable Roger L. Efremsky. All appearances were as noted in the Court's record.

Based upon the pleadings contained herein and on oral argument,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that in regard to the

timeshare located at 104 Kaanapali Shores Pl., Lahaina, Maui, Hawaii 96761 and more particularly described as:

> Vacation Ownership Interest(s) 403-14-Even Year, being more particularly described as follows:
>
> That certain Kaanapali Beach Vacation Ownership Program dated 10/12/05 made by and between West Maui Resort Partners, L.P., a Delaware limited partnership, as Grantor, and Sean Ian Prather and Cynthia Christene Prather, Tenants by the Entirety as Grantee, recorded and filed concurrently herewith.
>
> The estate and interest(s) conveyed by said Deed in and to the following:
>
> I. An undivided 1/102 interest ("Ownership Share") in and to the following:
>
>   (A) Apartment No. 403 ("Unit") of the Condominium Project ("Condominium") known as "Kaanapali Beach Vacation Resort" established by the Declaration of Condominium Property Regime of Kaanapali Beach Vacation Resort dated February 26, 1998, recorded on March 9, 1998, at the Bureau as Document No. 98-030558, and filed with the Land Court as Document No. 2442314, as amended from time to time (the "Condominium Declaration"), and as shown on Condominium Map No. 2697, filed at the Bureau and Condominium Map No. 1237 filed with the Land Court, as amended from time to time, (the "Condominium Map"), and noted on Certificate of Title No.
>
>   Together with easements appurtenant as follows:
>
>   Current Easements
>
>   (a) An exclusive easement to use the parking indicated in the Condominium Declaration and as shown on the Condominium Map.
>
>   (b) Non-exclusive easements in (1) the common elements designed for purposes such as ingress to

and egress from, utility services for, repair of and support of the Unit and (2) the other common elements for use according to their respective purposes.

    (c) Exclusive easements to use other limited common element areas appurtenant to the Unit designed for the Unit's exclusive use by the Condominium Declaration.

(B) An undivided 0.002% interest as a tenant in common with other owners, of apartments in the Condominium, in and to the common elements of the Condominium as described in the Condominium Declaration, subject (as to such common elements) to (1) nonexclusive easements for appurtenant to all apartments in the Condominium for purposes such as ingress, egress, support and repair, and (2) exclusive easements appurtenant to all such apartments (other than the Unit) for parking and to use other limited common element areas.

II. The exclusive right to reserve and then use for a 1 week Use Period Even Year; on a Floating Unit Rights basis, the Unit or any other apartment in the Condominium made part of the Program that is of the same Unit Type as the Unit, as set forth in the "Program Declaration" (defined below in this paragraph), plus the right in common with owners of all other apartments in the Condominium to use and enjoy the common elements of the Condominium during said reserved Use Period. The "Program Declaration" as used herein means the Kaanapali Beach Vacation Ownership Program Declaration of Covenants, Conditions and Restrictions, dated March 10, 1998, officially recorded on April 2, 1998, at the Bureau as Document No. 98-045149 and filed the Land Court as

Document No. 2447818, as amended from time to time.

III. An undivided interest as a tenant in common with other owners of the Unit, in Use/Week No. 38, which shall constitute the Service Period as defined in the Program Declaration.

SUBJECT, HOWEVER, to the following:

1. Location of the seaward boundary in accordance with the laws of the State of Hawaii and shoreline setback line in accordance with County regulation and/or ordinance and the effect, if any, upon the area of the land described herein.

2. The terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in that certain Deed dated November 30, 1968 and filed as Land Court Document No. 461802 and recorded in Liber 6334 at Page 394.

3. Easement for roadway and utility purposes across Lot 11, in favor of Lots 8, 9, 10-A, 10-B and 10-C, as granted in said Deed filed as Land Court Document No. 461802, recorded in Liber 6334 at Page 394.

4. The terms and provisions, including the failure to comply with any covenants, conditions, and restrictions (Flood Zone) contained in that certain Declaration dated July 9, 1980, filed as Land Court Document No. 1037789, recorded in Liber 15087 at Page 479.

5. The terms and provisions, including the failure to comply with any covenants, conditions, and restrictions (Tsunami or Storm Wave District) contained in that certain Declaration dated July 9, 1980, filed as Land Court Document No. 1037790, recorded in Liber 15087 at Page 487.

6. Grant in favor of the Association of Apartment Owners of Maui Kai, an unincorporated corporation, through its Board of Directors, dated March 1, 1993, filed as Land Court Document No. 2007287, recorded as Document No. 93-043327; granting the right to construct, reconstruct, replace, remove and maintain a rock revetment, etc., being

more particularly described as per survey of Kataichi Ninomiya, Registered Professional Land Surveyor, dated April 16, 1991, to wit:

Easement A

(Land Court Application 485)

For Rock Revetment Purposes in favor of

Lot 10-A "Mauka Kai" (Ld. Ct. App. 485 Map 5)

Beginning at the southeasterly corner of this parcel of land and on the southwesterly boundary line of Lot 9, the true azimuth and distance from the west corner of Lot 9, Land Court Application 485 (Map 4) being 294º26'89.50 feet. The coordinates of said point of beginning referred to Government Survey Triangulation Station "PUU KOLII" being 6,966.94 feet north and 14,525.16 feet west, thence running by azimuths measured clockwise from true South:

1. 114º  26'  75.00 feet along Lot 10-A, Land Court Application 485 (Map 5);
2. 239º  45'  9.38 feet along the remainder of Land Court Application 485 (Map 4);
3. Thence along the remainder of Lot 9, Land Court Application 485 (Map 4) on a curve to the left with a radius of 175.00 feet, the azimuth and distance of the chord being: 238º 53' 15" 5.27 feet;
4. 294º  26'  66.60 feet along the remainder of Lot 9, Land Court Application 485 (Map 4);
5. 24º  26'  12.00 feet along the remainder of Lot 9, Land Court Application 485 (Map 4) to the point of beginning and containing an area of 850 square feet, more or less.

7. Rights of others who own undivided interests, or have easement of access

1 | rights, in said parcel.

2 |     8.    Reservation in favor of the State of Hawaii of all mineral and metallic mines.

4 |     9.    Lease in favor of Maui Electric Company, Limited and GTE Hawaiian Telephone Company Incorporated, dated October 13, 1967, recorded in Liber 5893 at Page 226; leasing and demising rights-of-way, each twenty-five (25) feet in width, over, across and under the premises, besides other land, for a term of 35 years commencing from the date hereof and thereafter from year to year until terminated.

    10.    The terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in that certain Deed dated August 24, 1982, and recorded in Liber 16531 at Page 635, including but not limited to the matters relating to agricultural activities, including sugar cane burning, on nearby lands.

    11.    The terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in that certain Deed dated January 25, 1996, filed as Land Court Document No. 2286942 and recorded as Document No. 96-012206.

    12.    The following matters as shown on survey map prepared by Patrick M. Cummins, Licensed Professional Land Surveyor, with Hawaii Land Consultants, dated September 5, 1997, revised November 4, 1997, to-wit:

    (A)    A concrete slab with air conditioning equipment with wood enclosure fence and a CMU building on concrete slab protrude into Lot 9 by approximately 2.5 feet on the easterly end of these improvements and 0.7 foot on the westerly (seaward) end;

    (B)    Sign lies on adjoining property near Lot E-1 at the intersection of Honoapiilani Road and Kaanapali Shores Place;

    (C)    Front and sideyard setback lines, and 60-foot shoreline setback;

    (D)    12' x 16' structure located within the 30-foot sideyard setback

along the southwesterly boundary of Lot 9;

  (E) Structure (underground parking) located within the 55-foot setback running along the southeasterly boundary at Lot 9;

  (F) Structure (portion of main building on the east side) falls within the 55-foot setback running along the southeasterly boundary of Lot 9;

  (G) Structure (public restrooms) located near the north corner within the 60-foot shoreline setback and 30-foot sideyard setback; and

  (H) Structure (portion of propane tank enclosure) located within the 60-foot shoreline setback).

13. Any unrecorded lease and matters arising from the same.

14. The terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in that certain Declaration of Condominium Property Regime for "Kaanapali Beach Vacation Resort" Condominium Project dated February 26, 1998 and filed with the Land Court as Document No. 2442314 and filed with the Bureau as Document No. 98-030558 and that certain map filed with the Office of the Assistant Registrar of the Land Court as Map No. 1237 and filed with the Bureau as Map No. 2697, and any amendments thereto.

15. The terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in the following By-laws of the Association of Apartment Owners dated February 26, 1998, and recorded at the Bureau as Document no. 98-030559, and filed with the Land Court as Document No. 2442315 and any amendments thereto.

16. The terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in that certain Kaanapali Beach Vacation Ownership Program Declaration of Covenants, Conditions, and Restrictions, dated March 10, 1998, recorded April 2, 1998, in the Office of the Assistant Registrar, State of Hawaii, as Document No. 2447818, and also recorded in the Bureau of

Conveyances as Document No. 98-045149, and any amendments thereto.

    THE LAND UPON WHICH SAID "KAANAPALI BEACH VACATION RESORT" CONDOMINIUM PROJECT IS SITUATED AND THE ENCUMBRANCES THEREON ARE MORE PARTICULARLY DESCRIBED IN THE AFORESAID DECLARATION OF CONDOMINIUM PROPERTY REGIME, WHICH DESCRIPTION IS INCORPORATED HEREIN BY THIS REFERENCE.

  The automatic stay is terminated as to Movant, and Movant may enforce its remedies to pursue its *in rem rights* including but not limited to foreclosure or otherwise obtain possession of the property in accordance with applicable non-bankruptcy law.

  IT IS FURTHER ORDERED that the 14-day stay provided by FRBP 4001(a)(3) is waived.

* * * * END OF ORDER * * * *

**COURT SERVICE LIST**